IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

GEOFFREY CRAIG PICKENS,

    Plaintiff,

    v.

R. L (BUTCH) CONWAY, et al.,

    Defendants.

CIVIL ACTION FILE
NO. 1:18-CV-3157-TWT

## ORDER

This is a pro se prisoner civil rights action. It is before the Court on the Report and Recommendation [Doc. 4] of the Magistrate Judge recommending dismissing the action against Sheriff Conway, Corizon Medical and Correct Care Solutions and allowing the remaining claims to proceed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The action is DISMISSED as to the Defendants Sheriff Conway, Corizon Medical and Correct Care Solutions only and may proceed against the remaining Defendants.

SO ORDERED, this 5 day of September, 2018.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\18\Pickens\18cv3157\r&r.wpd